**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**BRANDON POTTER**                                                     **PLAINTIFF**

**V.**                          **CASE NO. 3:14-CV-197 DPM/BD**

**BENTLY**                                                         **DEFENDANT**

**RECOMMENDED DISPOSITION**

**I.      Procedure for Filing Objections:**

This Recommended Disposition ("Recommendation") has been sent to United

States District Judge D.P. Marshall Jr.  Any party may file written objections to this

Recommendation.

Objections must be specific and must include the factual or legal basis for the

objection.  An objection to a factual finding must identify the finding of fact believed to

be wrong and describe the evidence that supports that belief.

An original and one copy of your objections must be received in the office of the

United States District Court Clerk within fourteen (14) days of this Recommendation.  A

copy will be furnished to the opposing party.

If no objections are filed, Judge Marshall can adopt this Recommendation without

independently reviewing all of the evidence in the record.  By not objecting, you may also

waive any right to appeal questions of fact.

Mail objections to:

Clerk, United States District Court
Eastern District of Arkansas
600 West Capitol Avenue, Suite A149
Little Rock, AR 72201-3325

## II.   <u>Discussion:</u>

 On August 13, 2014, Plaintiff Brandon Potter, an inmate at the Craighead County Detention Facility, filed this case *pro se* under 42 U.S.C. § 1983.  (Docket entry #1)  An Order was entered on August 14, 2014, requiring Mr. Potter either to pay the statutory filing fee or to submit a complete *in forma pauperis* application within thirty days.  (#2)

To date, Mr. Potter has not complied with the August 14, 2014 Order and the time for doing so has passed.  Mr. Potter was warned that failure to comply with the Court's Order could result in dismissal of his case.

## III.   <u>Conclusion:</u>

Because Mr. Potter has not complied with the Court's Order, his complaint should be dismissed, without prejudice, under Local Rule 5.5(c)(2).

DATED this 30th day of September, 2014.

_____
UNITED STATES MAGISTRATE JUDGE

2