IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

BRANDON POTTER                                                    PLAINTIFF

v.                           No. 3:14-cv-197-DPM-BD

BENTLY, Doctor,
Craighead County Detention Center                                 DEFENDANT

ORDER

Unopposed recommendation, № 3, adopted. FED. R. CIV. P. 72(b) (1983 Addition to Advisory Committee Notes).

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

22 October 2014