IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

BRANDON POTTER                                                          PLAINTIFF

v.                               No. 3:14-cv-197-DPM

BENTLY, Doctor,
Craighead County Detention Center                                       DEFENDANT

## JUDGMENT

Potter's case is dismissed without prejudice for failure to prosecute.

_____
D.P. Marshall Jr.
United States District Judge

22 October 2014